IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOROTHY A. LIEGEL,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-209-lsa

    This action came before the court for consideration before the court with District Judge Lynn S. Adelman presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this matter to defendant Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, for further proceedings.

| /s/ | 7/24/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |