UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**DOROTHY A. LIEGEL**
    **Plaintiff,**

  v.                                                               Case No. 12-C-209

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
    **Defendant.**

---

### ORDER APPROVING STIPULATION FOR ATTORNEY FEES

On the parties' stipulation,

**IT IS ORDERED** that plaintiff is awarded attorney's fees in the amount of $4000.00 in full satisfaction of her claims under the Equal Access to Justice Act ("EAJA"). These fees belong to plaintiff, not her attorney, and may be offset to satisfy any pre-existing debt plaintiff owes the United States. See Astrue v. Ratliff, 560 U.S. 586 (2010). If, after entry of this order, defendant can verify that plaintiff does not owe pre-existing debt subject to offset, defendant shall direct payment of the award to plaintiff's attorney pursuant to the EAJA assignment duly signed by plaintiff.

Dated at Milwaukee, Wisconsin this 23rd day of October, 2013.

                                                            /s Lynn Adelman
                                                            _____
                                                            LYNN ADELMAN
                                                            District Judge